# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/19/2015 3:18:56 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 15 - 00162 - CR** , 12-15-00163-CR & 12-15-00164-CR

Trial Court Style:   The State of Texas vs.   Gaylord Owen Stevens

Trial Court & County:   7th District Court, Smith County     Trial Court No.:   007-1587-14, 007-1588-14 & 007-1589-14

Date Trial Clerk's Record Originally Due:     N/A

Date Court Reporter's/Recorder's Record Originally Due:     7-21-15

Anticipated Number of Pages of Record:     900

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒     my duties listed below preclude working on this record:   Reporter was finalizing the 36-volume appellate record in 12-2565-A, BSR v Carrizo.

☒     Other. (Explain.):   Reporter has been closing on a house/moving during the month of August.  Reporter was also on vacation the week of August 3rd.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____9-21-15_____, and **I hereby request an additional ___30___ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

_____8-18-15_____
Date                                                          Signature   /s/Jennifer Lowrance

_____(903)590-1647_____

Office Phone Number                              Printed Name   Jennifer Lowrance

_____jlowrance@smith-county.com_____

E-mail Address (if available)                     Official Title   Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:               Lead Counsel for **APPELLEE(S)**:

Name:  Mr. James W. Huggler, Jr.                 Name:   Mr. Michael West

Address:  100 E. Ferguson, Suite 805             Address:   100 North Broadway, Fourth Floor

  Tyler, Texas 75702                              Tyler, Texas 75702

Phone no.:  (903)593-2400                         Phone no.:   (903)590-1724

Attorney for:  Mr. Stevens                        Attorney for:   The State of Texas

Lead Counsel for **APPELLANT(S)**:               Lead Counsel for **APPELLEE(S)**:

Name:                                            Name:

Address:                                         Address:

Phone no.:                                        Phone no.:

Attorney for:                                     Attorney for:

Additional                          information,                   if                any: